**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| _____ )<br>CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )<br>                                          )<br>           Plaintiffs,        )<br>                                          )<br>    v.                                    )<br>                                          )<br>                                          )<br>ANDREW R. WHEELER, in his official        )<br>capacity as Administrator of the United States )<br>Environmental Protection Agency, *et al.*, )<br>                                          )<br>           Defendants.        )<br>_____ ) | Case Nos. 1:20-cv-01063-RDB;<br>1:20-cv-01064-RDB |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Chesapeake Bay Foundation, Inc., and ShoreRivers, hereby move for summary judgement pursuant to Federal Rule of Civil Procedure 56 because there is no genuine issue as to any material fact and Plaintiffs are entitled to judgment as matter of law. In support of this motion, Plaintiffs respectfully submit the attached memorandum of law.

Dated: November 24, 2020

        Respectfully submitted,

        /s/ Brittany E. Wright
        Brittany E. Wright (Bar No. 21029)
        Jon A. Mueller (Bar No. 17142)
        Chesapeake Bay Foundation, Inc.
        6 Herndon Avenue
        Annapolis, MD 21403
        (443) 482-2077
        Fax: (410) 268-6687
        bwright@cbf.org
        jmueller@cbf.org
        *Counsel for Chesapeake Bay*
        *Foundation, Inc. and ShoreRivers*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Motion for Summary Judgment and Memorandum in Support of Plaintiff's Motion for Summary Judgment were electronically filed with the Clerk using the CM/ECF system, which will send notification to registered counsel for all parties.

Dated: November 24, 2020                                                           */s/ Brittany Wright*
                                                                                                    Brittany Wright