# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____
CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )
)
            Plaintiffs, )
)
    v. ) Civil Action Nos. RDB-20-1063,
) RDB-20-1064
)
JANE NISHIDA, in her official capacity as )
Acting Administrator of the U.S. Environmental )
Protection Agency, *et al.*, )
)
            Defendants. )
_____ )

## ORDER

Having considered the Parties' Joint Motion to Hold Cases in Abeyance, the Court hereby GRANTS the Motion. Accordingly, IT IS HEREBY ORDERED that these consolidated cases are held in abeyance until July 29, 2021. On or before that date, the Parties shall submit a joint status report proposing further proceedings. Defendants shall file a status report on or before April 29, 2021.

Dated this 2nd day of February, 2021.

                                                BY THE COURT:

                                                /s/- Richard D. Bennett
                                                _____
                                                United States District Judge

Presented by:

/s/ *Sonya J. Shea*
SONYA J. SHEA, Bar No. 807648
Trial Attorney
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202

Telephone: (303) 844-7231
Facsimile: (303) 844-1350
sonya.shea@usdoj.gov

2