IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )
                                                                    )
        Plaintiffs,                          )
     v.                                        )    Civil Action Nos. RDB-20-1063,
                                            )    RDB-20-1064
MICHAEL REGAN, in his official capacity as )
Administrator of the U.S. Environmental Protection )
Agency, *et al.*, )
       Defendants. )
_____)

**DEFENDANTS' STATUS REPORT**

In accordance with this Court's Order, Dkt. No. 48 (Feb. 2, 2021), Defendants (the "Agencies")[1] submit this status report.

1.     In these consolidated cases, Plaintiffs challenge two rules promulgated by the Agencies that define the phrase "waters of the United States" in Section 1362(7) of the Clean Water Act: the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020) ("2020 Rule"), and the Definition of "Waters of the United States"—Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019) ("2019 Rule").

2.     These cases are held in abeyance until July 29, 2021. Dkt. No. 48. In addition to this status report, the Parties will submit a joint status report on or before July 29. *Id*.

---

[1] EPA Administrator Michael Regan and Acting Assistant Secretary of the Army for Civil Works Jaime L. Pinkham are automatically substituted for their predecessors in office pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

3. On March 10, the new EPA Administrator, Michael Regan, was sworn in. 167 Cong. Rec. S1456 (daily ed. Mar. 10, 2021). The new Administrator and his staff have since been briefed on the 2020 Rule, and the new administration is currently weighing its options regarding the 2020 Rule.

4. Recently, Administrator Regan pledged to "begin a stakeholder engagement process involving our AG community, Farm Bureau or AG CEOs, our environmental community, to look at the lessons learned and how we can move forward." *Hearing on Fiscal 2022 Budget Requests for EPA Before the H. Appropriations Subcomm. on Interior & Env't*, 117th Cong. 4 (Apr. 21, 2021) (statement of Michael Regan, EPA Administrator). While the Agencies have not yet made a final decision with respect to the 2020 Rule, Administrator Regan has expressed his intent to "chart a path forward on waters of the U.S. that will be inclusive and forward-looking." *Id.* at 5.

5. Other courts considering challenges to the rules at issue in this case have granted stays or extensions of proceedings to accommodate the Agencies' review. *See, e.g.*, *State of Colorado v. EPA*, No. 20-cv-01461, Dkt. No. 101 (D. Colo. Apr. 21, 2021) (granting second 45-day extension of briefing schedule); *State of California v. Wheeler*, No. 3:20-cv-3005, Dkt. No. 241 (granting opposed motion to stay proceedings for an additional 60 days after initial 60-day stay) (N.D. Cal. Apr. 16, 2021); *Waterkeeper All. v. Wheeler*, No. 3:18-cv-03521, Dkt. 105 (N.D. Cal. Apr. 14, 2021) (granting the Agencies' request for a 60-day extension after 60-day stay); *Navajo Nation v. Wheeler*, No. 2:20-cv-602, Dkt. 27 (D.N.M. Feb. 4, 2021) (extending all deadlines by 30 days); *Murray v. Wheeler*, No. 1:19-cv-1498, Dkt. 42 (N.D.N.Y. Feb. 2, 2021)

(holding case in abeyance until August 2, 2021); *Envtl. Integrity Project v. Wheeler*, No. 1:20-cv-01734, Dkt. 27 (D.D.C. Jan. 28, 2021) (staying case indefinitely).[2]

For the foregoing reasons and the reasons stated in the Parties' Joint Motion to Hold Cases in Abeyance, Dkt. No. 47, abeyance of these consolidated cases remains appropriate.

Dated: April 29, 2021.

Respectfully submitted,

/s/ *Sonya J. Shea*
SONYA J. SHEA, Bar No. 807648
*Trial Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7231
Facsimile: (303) 844-1350
sonya.shea@usdoj.gov

SARAH IZFAR, Bar No. 19587
*Trial Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 305-0490
Facsimile: (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*

---

[2] Only one court has denied such a request. *See Pascua Yaqui Tribe v. EPA*, No. 4:20-cv-00266, Dkt. No. 32 (D. Ariz. Apr. 12, 2021). In that case, the Agencies had requested a 90-day stay, which was opposed by the plaintiffs.