IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                                        )
CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )
                                                        )
        Plaintiffs,                            )
                                                        )
    v.                                           )  Case Nos. 1:20-cv-01063-RDB;
                                                         )               1:20-cv-01064-RDB
                                                         )
MICHAEL S. REGAN, in his official       )
capacity as Administrator of the U.S.       )
Environmental Protection Agency, *et al.*,  )
                                                         )
        Defendants.                        )
_____ )

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiffs and Defendant Agencies hereby submit this joint motion to modify the scheduling order in the above captioned cases. The bases for this motion are set forth below:

1. In these consolidated cases, Plaintiffs challenge two rules promulgated by the Agencies that define the phrase "waters of the United States" in Section 1362(7) of the Clean Water Act: the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020), and the Definition of "Waters of the United States" – Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019).

2. On November 24, 2020, Plaintiffs filed their combined motion for summary judgment on both rules. Dkt. No. 35. The Agencies filed their combined response and cross-motion on January 15, 2021. Dkt. No. 45.

3.      Pursuant to this Court's order on February 2, 2021, and again on July 29, 2021, these combined cases have been held in abeyance pending the Agencies' review of the 2020 Rule. Dkt. No. 48, Dkt. No. 51. The abeyance in this case ends on September 1, 2021.

4.      On August 4, 2021, the Agencies issued a Federal Register notice announcing that the Agencies intend to undertake two rulemakings. 86 Fed. Reg. at 41,911. First, the Agencies intend to propose restoring the regulations defining "waters of the United States" that were in place until 2015, with updates consistent with relevant Supreme Court decisions. *Id*. The Agencies then intend to propose a second rule that builds upon that regulatory foundation with the benefit of additional stakeholder engagement. *Id*.

5.      The Defendant Agencies intend to file a motion for voluntary remand of the 2020 Rule without vacatur. Plaintiffs are not opposed to remand, but believe that remand should include vacatur. The Parties propose to address these issues on a motion for remand.

6.      The Parties now propose the following schedule on a motion for remand.

> September 29, 2021 – Defendants' opening motion due.
>
> October 29, 2021 – Plaintiffs' response due.
>
> November 23, 2021 – Defendants' reply due.

For the foregoing reasons, the Parties respectfully request this Court approve the proposed scheduling order.

Dated: September 1, 2021

Respectfully submitted,

*/s/ Brittany Wright*
Brittany E. Wright (Bar No. 21029)
Jon A. Mueller (Bar No. 17142)
Chesapeake Bay Foundation, Inc.

6 Herndon Avenue
Annapolis, MD 21403
(443) 482-2025
Fax: (410) 268-6687
bwright@cbf.org
jmueller@cbf.org

*Counsel for Plaintiffs*


*/s/ Sonya J. Shea*
SONYA J. SHEA, Bar No. 807648
Trial Attorney
Environment and Natural
Resources Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-7231
Facsimile:  (303) 844-1350
sonya.shea@usdoj.gov

SARAH IZFAR, Bar No. 19587
Trial Attorney
Environment and Natural
Resources Division
U.S. Department of Justice
P .O. Box 7611
Washington, D.C. 20044
Telephone:  (202) 305-0490
Facsimile:  (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

     I hereby certify that on September 1, 2021, I electronically transmitted the foregoing to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

                                                           */s/ Brittany Wright*