IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHESAPEAKE BAY FOUNDATION, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL REGAN, in his official capacity as ) <br> Administrator of the U.S. Environmental ) <br> Protection Agency, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action Nos. RDB-20-1063, <br> RDB-20-1064 |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiffs and Defendant Agencies hereby move to extend the briefing schedule for the Agencies' anticipated remand motion by approximately 45 days. The bases for this motion are set forth below.

1.  In these consolidated cases, Plaintiffs challenge two rules promulgated by Defendants that define the phrase "waters of the United States" in Section 1362(7) of the Clean Water Act: the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020), and the Definition of "Waters of the United States"— Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019).

2.  On November 24, 2020, Plaintiffs filed their combined motion for summary judgment on both rules. Dkt. No. 35. The Agencies filed their combined response and cross-motion on January 15, 2021. Dkt. No. 45.

3. Pursuant to this Court's orders of February 2, 2021 and July 29, 2021, these combined cases were held in abeyance pending the Agencies' review of the Navigable Waters Protection Rule. Dkt. Nos. 48 & 51. The abeyance ended on September 1, 2021.

4. On September 1, 2021, Parties proposed, and the Court entered, a schedule for briefing the Agencies' anticipated motion for voluntary remand of the Navigable Waters Protection Rule without vacatur. Dkt. Nos. 52 & 53.

5. The Parties now request that the schedule be extended by approximately 45 days, as follows:

> November 15, 2021 – Defendants' opening motion due.
>
> December 15, 2021 – Plaintiffs' response due.
>
> January 14, 2022 – Defendants' reply due.

6. The Parties have good cause to seek an extension of the briefing schedule. On August 30, 2021, the United States District Court for the District of Arizona issued a decision remanding and vacating the Navigable Waters Protection Rule, the same rule that would be the subject of the Agencies' motion for remand and that Plaintiffs seek to vacate. *See* Ex. 1, *Pasqua Yaqui Tribe v. EPA*, No. 4:20-cv-266 (D. Ariz.) Dkt. No. 99 ("*Pascua* decision").[1]

7. Following the *Pascua* decision, the Agencies released a public statement explaining that they "have halted implementation of the Navigable Waters Protection Rule and are interpreting 'waters of the United States' consistent with the pre-2015 regulatory regime until further notice. The agencies continue to review the order and consider next steps." *See* Current

---

[1] Although the caption refers to the tribe as the "Pasqua Yaqui Tribe," the correct spelling is "Pascua Yaqui."

Implementation of Waters of the United States, https://www.epa.gov/wotus/current-implementation-waters-united-states (last visited Sept. 22, 2021).

8. The *Pascua* parties have until October 29, 2021 to file an appeal. As further proceedings may occur in that case, an extension of the remand briefing schedule would allow for a more orderly process going forward. Additional time would, consistent with the Agencies' public statement, allow the Agencies to review the *Pascua* decision more closely and consider next steps not just in the *Pascua* case, but in other cases in which similar motions for remand are pending.

9. Granting this motion will not prejudice any party, will conserve the Parties' resources, and will promote the interest of judicial economy.

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and extend the briefing schedule.

Dated: September 22, 2021.

        Respectfully submitted,

        /s/ *Sonya J. Shea*
        SONYA J. SHEA, Bar No. 807648
        *Trial Attorney*
        Environment and Natural Resources Division
        U.S. Department of Justice
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Telephone: (303) 844-7231
        Facsimile: (303) 844-1350
        sonya.shea@usdoj.gov

        SARAH IZFAR, Bar No. 19587
        *Trial Attorney*
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Telephone: (202) 305-0490

        Facsimile:  (202) 514-8865
        sarah.izfar@usdoj.gov

        *Counsel for Defendants*


        /s/ *Brittany E. Wright*
        Brittany E. Wright (Bar No. 21029)
        (signed by Sonya J. Shea with permission of Brittany E. Wright)
        Jon A. Mueller (Bar No. 17142)
        Chesapeake Bay Foundation, Inc.
        6 Herndon Avenue
        Annapolis, MD 21403
        (443) 482-2077
        Fax: (410) 268-6687
        bwright@cbf.org
        jmueller@cbf.org

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

                                            /s/ *Sonya J. Shea*