# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHESAPEAKE BAY FOUNDATION, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL REGAN, in his official capacity as ) <br> Administrator of the U.S. Environmental ) <br> Protection Agency, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action Nos. RDB-20-1063, <br> RDB-20-1064 |

## ORDER

Having considered the Parties' Joint Motion to Extend Briefing Schedule, the Court hereby GRANTS the Motion. Accordingly, IT IS HEREBY ORDERED that the briefing schedule for the Agencies' voluntary motion to remand the Navigable Waters Protection Rule without vacatur is as follows.

November 15, 2021 – Defendants' opening motion due.

December 15, 2021 – Plaintiffs' response due.

January 14, 2022 – Defendants' reply due.

Dated this __23rd__ day of __September__, 2021.

BY THE COURT:

__/s/ - Richard D. Bennett__
United States District Judge

Presented by:

/s/ *Sonya J. Shea*

SONYA J. SHEA, Bar No. 807648
Trial Attorney
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7231
Facsimile: (303) 844-1350
sonya.shea@usdoj.gov