IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHESAPEAKE BAY FOUNDATION, INC., *et al.*, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>  )<br>MICHAEL REGAN, in his official capacity as )<br>Administrator of the U.S. Environmental )<br>Protection Agency, *et al.*, )<br>  )<br>Defendants. )<br>  ) | Civil Action Nos. RDB-20-1063,<br>RDB-20-1064 |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's November 29, 2021 Order, Dkt. No. 63, Defendant Agencies submit this 90-day status report.

1. In these consolidated cases, Plaintiffs challenge two rules promulgated by the Agencies that define the phrase "waters of the United States" in Section 1362(7) of the Clean Water Act. 33 U.S.C. § 1362(7). These are the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020) ("NWPR"), and the Definition of "Waters of the United States"—Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019) ("2019 Rule").

2. Following the Agencies' review of the NWPR pursuant to Executive Order 13990, the Agencies moved to remand the NWPR in numerous courts where litigation challenging the rule was pending. Although the Agencies asked for remand without vacatur of the NWPR, two courts remanded the rule with vacatur. *See Pascua Yaqui Tribe v. EPA*,

No. 4:20-cv-00266, 2021 WL 3855977, at *6 (D. Ariz. Aug. 30, 2021); *Navajo Nation v. Regan*, No. 2:20-cv-602, 2021 WL 4430466, at *5 (D.N.M. Sept. 27, 2021).[1]

3. As a result of those orders, "the agencies have halted implementation of the Navigable Waters Protection Rule and are interpreting 'waters of the United States' consistent with the pre-2015 regulatory regime until further notice." *See* U.S. EPA, *Current Implementation of Waters of the United States*, https://www.epa.gov/wotus/current-implementation-waters-united-states (last visited February 28, 2022).[2]

4. The remaining cases challenging the NWPR, as well as cases challenging the 2019 Rule, have been held in abeyance.[3]

---

[1] Multiple other courts granted the Agencies' motion for remand, either without vacatur or without addressing vacatur. *See, e.g.*, Order at 4, *Pueblo of Laguna v. Regan*, No. 1:21-cv-00277 (D.N.M. Sept. 21, 2021), Dkt. No. 40 (declining to reach issue of vacatur in light of the *Pascua* decision); Order, *S.C. Coastal Conservation League v. Regan*, No. 2:20-cv-01687 (D.S.C. July 15, 2021), Dkt. No. 147 (remanding without vacating).

[2] Although intervenors in *Pascua* filed a notice of appeal, their appeal was voluntarily dismissed. *Pasqua Yaqui Tribe v. Ariz. Rock Prods. Assoc.*, No. 21-16791 (9th Cir. Feb. 3, 2022), Dkt. No. 23. No other party appealed the *Pascua Yaqui Tribe* order and no party appealed the *Navajo Nation* order.

[3] *See* Order, *Colorado v. EPA*, No. 1:20-cv-01461 (D. Colo. Jan. 18, 2022) (continuing abeyance pending issuance of a final rule regarding the definition of "waters of the United States" or a determination that the Agencies will no longer proceed with rulemaking); Minute Order, *Env't Integrity Project v. Regan*, No. 1:20-cv-01734 (D.D.C. Oct. 30, 2021) (holding case in abeyance through April 29, 2022); Order, *N.M. Cattle Growers' Ass'n v. EPA*, No. 1:19-cv-00988 (D.N.M. Oct. 5, 2021), Dkt. No. 73 (continuing stay until April 1, 2022); Order at 2, *Puget Soundkeeper All. v. EPA*, No. 2:20-cv-00950 (W.D. Wash. Sept. 29, 2021), Dkt. No. 54 (same); Order at 2, *Wash. Cattlemen's Ass'n v. EPA*, No. 2:19-cv-00569 (W.D. Wash. Sept. 29, 2021), Dkt. No. 107 (same); Order at 6, *Or. Cattlemen's Ass'n v. EPA*, No. 3:19-cv-00564 (D. Or. Sept. 22, 2021), Dkt. No. 124 (same); *see also* Order at 3, *Pascua Yaqui Tribe v. EPA*, No. 4:20-cv-00266 (D. Ariz. Dec. 6, 2021), Dkt. No. 116 (staying challenge to 2019 Rule until the Agencies publish a final rule defining "waters of the United States" or decide not to do so); Order at 1, *Navajo Nation v. Regan*, No. 2:20-cv-00602 (D.N.M. Oct. 28, 2021), Dkt. No. 45 (same).

5. On December 7, 2021, the Agencies issued a proposed rule entitled "Revised Definition of 'Waters of the United States.'" 86 Fed. Reg. 69,372 (Dec. 7, 2021). The comment period for that proposed rule closed on February 7, 2022.

6. Currently, these consolidated cases are held in abeyance pending publication of a Final Rule in the Federal Register regarding the definition of "waters of the United States" or the Agencies' decision that they will no longer proceed with the rulemaking. Dkt. No. 63. The Parties will submit a proposal or proposals for further proceedings within 21 days after either event occurs. The Agencies' next status report is otherwise due on May 31, 2022.

Dated: February 28, 2022.

                    Respectfully submitted,

                    /s/ *Sonya J. Shea*
                    SONYA J. SHEA, Bar No. 807648
                    *Trial Attorney*
                    Environment and Natural Resources Division
                    U.S. Department of Justice
                    999 18th Street, South Terrace, Suite 370
                    Denver, CO 80202
                    Telephone: (303) 844-7231
                    Facsimile: (303) 844-1350
                    sonya.shea@usdoj.gov

                    SARAH IZFAR, Bar No. 19587
                    *Trial Attorney*
                    Environment and Natural Resources Division
                    U.S. Department of Justice
                    P.O. Box 7611
                    Washington, D.C. 20044
                    Telephone: (202) 305-0490
                    Facsimile: (202) 514-8865
                    sarah.izfar@usdoj.gov

                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2022, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

*/s/ Sonya J. Shea*
