**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CHESAPEAKE BAY FOUNDATION, INC., *et al.*,

Plaintiffs,

v.

MICHAEL REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*,

Defendants.

Civil Action Nos. RDB-20-1063, RDB-20-1064

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate to the voluntary dismissal without prejudice of these consolidated cases. The parties agree that each party shall bear its own costs and fees. The parties request that the Clerk now close these cases.

Dated: July 7, 2023.

Respectfully submitted,

/s/ *Ariel Solaski*
Ariel Solaski (Bar No. 22128)
Chesapeake Bay Foundation, Inc.
6 Herndon Avenue
Annapolis, MD 21403
(443) 482-2171
Fax: (410) 268-6687
asolaski@cbf.org

*Counsel for Plaintiffs*
*Chesapeake Bay Foundation, Inc. and ShoreRivers, Inc.*

/s/ *Sonya J. Shea*
SONYA J. SHEA, Bar No. 807648
*Senior Attorney*
(signed by Ariel Solaski with permission of Sonya J. Shea)
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7231
Facsimile: (303) 844-1350
sonya.shea@usdoj.gov

SARAH IZFAR, Bar No. 19587
*Trial Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 305-0490
Facsimile: (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

*/s/ Ariel Solaski*
Ariel Solaski